**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on September 15, 2023**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-CR-379 (ABJ)** |
| **v.** | : | **VIOLATIONS:** |
| **MARKQUETTE RAJON COWAN,**<br>also known as "Quette,"<br>also known as "Lil Why,"<br><br>**CHRISTOPHER JORDAN BROADY,**<br>also known as "Suave,"<br>also known as "Swerve,"<br><br>**JOSHUA NICHOLAS STEPHENSON,**<br>also known as "Migo,"<br>also known as "3igo,"<br><br>**EMMANUEL DWAYNE REID,**<br>also known as "E-Man,"<br><br>**DARTANYAN RICARDO HAWKINS,**<br>also known as "Shitty,"<br><br>**ISJALON JERMIAH ARMSTEAD,**<br>also known as "Smaut,"<br>also known as "Lil Blow Diddy,"<br><br>**Defendants.** | : | **21 US.C. § 846**<br>**(Conspiracy to Distribute 100 Kilograms or More of Marijuana and a Detectable Amount of Oxycodone)**<br>**18 U.S.C. § 924(o)**<br>**(Conspiracy to Discharge, Brandish, Use, Carry, and Possess Firearms, Including Machineguns, During, in Relation to, and in Furtherance of Drug Trafficking)**<br>**18 U.S.C. § 922(g)(1)**<br>**(Unlawful Possession of Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**<br>**18 U.S.C. § 924(c)(1)(A)**<br>**(Discharging, Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of, a Drug Trafficking Offense)**<br>**18 U.S.C. § 2**<br>**(Aiding and Abetting)**<br><br>**FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

Beginning on or about August 1, 2018, and continuing through at least September 14, 2023, within the District of Columbia and elsewhere, **MARKQUETTE RAJON COWAN,** also known as Quette," also known as "Lil Why," **CHRISTOPHER JORDAN BROADY,** also

known as "Suave," also known as "Swerve," **JOSHUA NICHOLAS STEPHENSON,** also known as "Migo," also known as "3igo," **EMMANUEL DWAYNE REID,** also known as "E-Man," **DARTANYAN RICARDO HAWKINS,** also known as "Shitty," **ISJALON JERMIAH ARMSTEAD,** also known as "Smaut," also known as "Lil Blow Diddy," and others both known and unknown to the Grand Jury did knowingly and willfully combine, conspire, confederate, and agree together, and with other persons, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing 100 kilograms or more of Marijuana, a Schedule I controlled substance, and a detectable amount of Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vii), 841(b)(1)(C), and 846.

**(Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing more than 100kg of Marijuana and a Detectable Amount of Oxycodone,** in violation of Title 21, United States Code, Section 846)

**COUNT TWO**

Beginning on or about August 1, 2018, and continuing through at least September 14, 2023, within the District of Columbia and elsewhere, **MARKQUETTE RAJON COWAN,** also known as Quette," also known as "Lil Why," **CHRISTOPHER JORDAN BROADY,** also known as "Suave," also known as "Swerve," **JOSHUA NICHOLAS STEPHENSON,** also known as "Migo," also known as "3igo," **EMMANUEL DWAYNE REID,** also known as "E-Man," **DARTANYAN RICARDO HAWKINS,** also known as "Shitty," **ISJALON JERMIAH ARMSTEAD,** also known as "Smaut," also known as "Lil Blow Diddy," and others both known and unknown to the Grand Jury did knowingly combine, conspire, confederate, and agree with each other to commit offenses against the United States, namely: to knowingly discharge, brandish, use, carry, and possess firearms, including machineguns, in furtherance of a drug

trafficking offense for which they may be prosecuted in a court of the United States, that is, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment which is incorporated herein.

**Goal of the Conspiracy**

The goal of the conspiracy was to obtain, possess, and sell firearms, including machineguns, in the District of Columbia and elsewhere, for the purposes of furthering the Conspiracy to Distribute Controlled Substances charged in Count One.

**The Manner and Means Used to Achieve the Objectives of the Conspiracy**

The manner and means by which this conspiracy was carried out included the following:

1. The co-conspirators would use, carry, and possess firearms during, in relation to, and in furtherance of the Conspiracy to Distribute Controlled Substances charged in Count One. Specifically, the co-conspirators would use, carry, and possess firearms to protect themselves, their cash, their drugs, and their drug trafficking territory.

2. The co-conspirators would brandish and discharge firearms during, and in relation to, the Conspiracy to Distribute Controlled Substances charged in Count One. Specifically, the co-conspirators would brandish firearms to discourage rivals from entering their drug-dealing territory and would discharge firearms to defend their drug-dealing territory from rivals who entered their drug-dealing territory without permission.

3. The co-conspirators would discharge firearms within their rivals' drug-dealing territory as retribution for the rivals' intrusion into the co-conspirators' drug-dealing territory. Specifically, the co-conspirators would drive through their rivals' territory and discharge their firearms intending to kill, injure, or intimidate the rivals – an act the co-conspirators referred to as "spinning the block." Co-conspirators who participated in "spinning the block" against rivals

received benefits from their co-conspirators – including increased respect and position within the conspiracy.

4. In support of this conspiracy, **CO-CONSPIRATOR 1** built and assembled both semi-automatic and fully automatic AR-Pistols from "kits" that he purchased through online retailers. Firearms built from kits are defined by the Bureau of Alcohol, Tobacco, Firearms, and Explosives as "Personally Manufactured Firearms," or "PMFs", but are commonly known in street slang as "ghost guns." Once the AR-Pistols were built and assembled, **CO-CONSPIRATOR 1** would sell them to the co-conspirators, and others, both known and unknown to the Grand Jury. At certain times during the conspiracy, **CO-CONSPIRATOR 1** delivered the AR-Pistols directly to **CO-CONSPIRATOR 2**, who redistributed the AR-Pistols. At other times **CO-CONSPIRATOR 1** sold the AR-Pistols, or offered them for sale, by advertising them for sale on his social media accounts.

5. In addition to AR-Pistols built or assembled by **CO-CONSPIRATOR 1**, the co-conspirators would purchase or otherwise acquire, or attempt to purchase or acquire, firearms from each other, or from other sources, both known and unknown to the grand jury, in order to ensure that they always had firearms on hand. The co-conspirators would use the firearms to protect their drug trafficking business and further their enterprise against other traffickers.

6. The co-conspirators maintained "trap houses" within their drug trafficking territory and used those "trap houses" to store both drugs and firearms, including handguns, rifles, and AR-Pistols built and assembled by **CO-CONSPIRATOR 1**. The co-conspirators stored firearms in "trap houses" in order to ensure that there were always firearms on hand whenever co-conspirators needed a firearm to protect themselves, their money, their drugs, or their drug trafficking territory.

7. The co-conspirators would sell, attempt to sell, or otherwise dispose of certain firearms in order to acquire money to purchase drugs and/or other firearms.

8. In order to carry out the conspiracy, the co-conspirators would exchange electronic messages with each other, and with unindicted co-conspirators, both known and unknown to the grand jury, via cellular telephone or social media, to discuss the purchase, sale, or trade of firearms. During these same electronic messages, the co-conspirators would also discuss their distribution of controlled substances, and warn each other if they saw law enforcement officers in their area.

9. In order to carry out the conspiracy, the co-conspirators would communicate in coded language, or slang, in an attempt to conceal their illicit activities.

**Conduct Reasonably Foreseeable to Each Defendant**

With respect to **EMMANUEL DWAYNE REID,** also known as "E-Man," and **DARTANYAN RICARDO HAWKINS,** also known as "Shitty," each of their conduct as a member of the conspiracy to discharge, brandish, use, carry, and possess firearms in furtherance of a drug trafficking crime, as charged in Count Two, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count Two, included at least one "machinegun" as that term is defined in 26 U.S.C. § 5845(b).

**Overt Acts in Furtherance of the Conspiracy**

In furtherance of the conspiracy, and in order to effect the objects thereof, the co-conspirators and others, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere.

1. On or about December 18, 2018, Metropolitan Police Department ("MPD") Officers observed **CHRISTOPHER JORDAN BROADY** selling marijuana outside the

Holiday Mart convenience store located in the 3500 block of Wheeler Road, Southeast. When MPD Officers approached **CHRISTOPHER JORDAN BROADY**, he attempted to flee on foot, but was ultimately caught and placed under arrest. MPD Officers recovered a loaded Glock, Model 17, 9mm semi-automatic handgun from **CHRISTOPHER JORDAN BROADY's** flight path and recovered digital scale, $260 in cash, and marijuana packaged for distribution from **CHRISTOPHER JORDAN BROADY's** person during the arrest.

2. On or about March 6, 2019, MPD Officers discovered a trap house maintained by the co-conspirators at 3310 10th Place, Southeast, Apartment 203, and seized numerous handguns, including: a Glock Generation 4, .45 caliber semi-automatic handgun; a Glock, Model 27, .40 caliber semi-automatic handgun; a Glock, Model 23, .40 caliber semi-automatic handgun; a Derringer, .38 caliber handgun; a .40 caliber PMF semi-automatic handgun; more than six pounds of marijuana, 21 grams of synthetic cannabinoids, 21 grams of suspected cocaine base, and $999 in cash.

3. On or about May 29, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 9.** During that exchange, **CO-CONSPIRATOR 9** told **CHRISTOPHER JORDAN BROADY** to bring him some ammunition, which he referred to as "eggs," and **CHRISTOPHER JORDAN BROADY** agreed to do so.

4. On or about May 30, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 9.** During that exchange, **CO-CONSPIRATOR 9** asked **CHRISTOPHER JORDAN BROADY** where the ammunition, which he referred to as "eggs," were located and **CHRISTOPHER JORDAN BROADY** responded, "in the spot," indicating that the ammunition was in a trap house.

5. On or about May 31, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 27.** During that exchange, **CO-CONSPIRATOR 27** stated that he needed to get his handgun, which he referred to as a "dog," from the trap house and told **CHRISTOPHER JORDAN BROADY** to either open the door of the trap house or bring the handgun into the hallway.

6. On or about June 18, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38** about trading firearms with one another. During that exchange, **CO-CONSPIRATOR 38** stated, "Tryna swap" indicating that he wanted to trade firearms, and **CHRISTOPHER JORDAN BROADY** asked what type of firearm he would get in the trade, stating "Swap what?" **CO-CONSPIRATOR 38** responded "37," indicating that he wanted to trade away a Glock, Model 37, .45 caliber semi-automatic handgun. **CHRISTOPHER BROAY** responded "Nahh I like that 23," indicating that he preferred to keep his Glock, Model 23, .40 caliber semi-automatic handgun.

7. On or about and between June 25, 2019, and July 3, 2019, **EMMANUEL DWAYNE REID,** exchanged electronic messages with **CO-CONSPIRATOR 1** about a Glock, Model 22, .40 caliber semi-automatic handgun that **EMMANUEL DWAYNE REID** wanted to sell. During that exchange, **CO-CONSPIRATOR 1** stated that he knew someone who wanted to buy the Glock 22, and **EMMANUEL DWAYNE REID** agreed to sell it for $700.

8. On or about July 6, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38** about trading firearms with one another. During that exchange, **CO-CONSPIRATOR 38** stated, "G 17 I'm tryna swap," indicating that he wanted to trade a Glock, Model 17, 9mm semi-automatic handgun to **CHRISTOPHER JORDAN BROADY. CHRISTOPHER JORDAN BROADY** responded that he still preferred

his Glock, Model 23, .40 caliber semi-automatic handgun, stating "I'm good baby boy imma stay with my Jordan."

9. On or about July 9, 2019, **EMANNUEL DWAYNE REID** exchanged electronic messages with **CO-CONSPIRATOR 1.** During that exchange, **EMMANUEL DWAYNE REID** offered to sell a .40 caliber Smith & Wesson semi-automatic handgun to **CO-CONSPIRATOR 1** for $700.

10. On or about July 11, 2019, **EMMANUEL DWAYNE REID** exchanged electronic messages with **CO-CONSPIRATOR 1.** During that exchange, **CO-CONSPIRATOR 1** offered to trade a fully automatic AR-Pistol machinegun to **EMMANUEL DWAYNE REID** for the .40 caliber Smith & Wesson handgun and $350. Later in the exchange, **EMMANUEL DWAYNE REID** agreed to pay **CO-CONSPIRATOR 1** $900 cash for the fully automatic AR-Pistol.

11. On or about and between July 13, 2019, and July 14, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 15**. During that exchange, **CHRISTOPHER JORDAN BROADY** offered to sell **CO-CONSPIRATOR 15** a Glock, Model 23, .40 caliber semi-automatic handgun for $800.

12. On or about July 23, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange, **CO-CONSPIRATOR 38** asked whether **CHRISTOPHER JORDAN BROADY** knew anyone that was selling a laser sight attachment for a handgun, which he referred to as a "beam."

13. On or about August 1, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 19**. During that exchange, **CO-CONSPIRATOR 19** asked whether **CHRISTOPHER JORDAN BROADY** wanted to buy a

Glock, Model 18, fully automatic 9mm handgun. In response, **CHRISTOPHER JORDAN BROADY** expressed doubt that **CO-CONSPIRATOR 19** had a Glock 18 for sale, because that model "is the only fully Glock" and was only available to military members.

14. On or about and between August 5, 2019, and August 7, 2019, **EMMANUEL DWAYNE REID** exchanged electronic messages with **CO-CONSPIRATOR 1**. During that exchange, **CO-CONSPIRATOR 1** offered to sell a fully automatic AR-Pistol machinegun to **EMMANUEL DWAYNE REID** for $1,000, and **EMMANEUL REID** agreed to purchase it, stating "Bring it wen it's done."

15. On or about August 19, 2019, **MARKQUETTE RAJON COWAN** exchanged electronic messages with **CO-CONSPIRATOR 21**. During that exchange, **CO-CONSPIRATOR 21** asked where **MARKQUETTE RAJON COWAN** was, because **CO-CONSPIRATOR 21** wanted to get his handgun, which he referred to as a "dog."

16. On or about and between September 26, 2019, and September 29, 2019, **DARTANYAN RICARDO HAWKINS** exchanged electronic messages with **CO-CONSPIRATOR 3** about a fully automatic AR-Pistol that had been assembled by **CO-CONSPIRATOR 1**. During that exchange, **CO-CONSPIRATOR 3** offered to sell the fully automatic AR-Pistol machinegun to **DARTANYAN RICARDO HAWKINS,** and **DARTANYAN RICARDO HAWKINS** stated his willingness to trade two handguns – a Glock, Model 29, 10mm semi-automatic handgun and a Glock, Model 21, .45 caliber semi-automatic handgun – for the fully automatic AR-Pistol machinegun.

17. On or about October 10, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange, **CHRISTOPHER JORDAN BROADY** stated that he had a Ruger handgun to trade and asked

whether **CO-CONSPIRATOR 38** knew anyone who wanted to trade firearms. **CO-CONSPIRATOR 38** responded that he would ask around to see if anyone wanted to trade for the Ruger handgun.

18. On or about January 1, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange, **CHRISTOPHER JORDAN BROADY** told **CO-CONSPIRATOR 38** to spread the word that **CHRISTOPHER JORDAN BROADY** had a handgun for sale. **CO-CONSPIRATOR 38** asked what type of handgun was available and at what price, and **CHRISTOPHER JORDAN BROADY** responded that he was selling a Glock, Model 17, 9mm semi-automatic handgun for $600.

19. On or about January 1, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 26.** During that exchange, **CHRISTOPHER JORDAN BROADY** offered to sell a "ghost" Glock 9mm semi-automatic handgun to **CO-CONSPIRATOR 26** for $600. **CO-CONSPIRATOR 26** offered to pay $500 for the handgun, and **CHRISTOPHER JORDAN BROADY** agreed to sell it for $500 "if you still want it after I tell you in person wassup with it," indicating that the handgun had been used to commit a crime. **CO-CONSPIRATOR 26** confirmed that he wanted to buy the handgun regardless, stating "I'm not tripping I'm wit dat shit." **CHRISTOPHER JORDAN BROADY** then told **CO-CONSPIRATOR 26** that **CO-CONSPIRATOR 4** had asked where **CO-CONSPIRATOR 26** was located, and further stated that **CHRISTOPHER JORDAN BROADY** was at **CO-CONSPIRATOR 4's** "joint." **CO-CONSPIRATOR 26** agreed to come to that location to purchase the handgun.

20. On or about January 4, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 18**. During that exchange, **CHRISTOPHER**

**JORDAN BROADY** asked whether **CO-CONSPIRATOR 18** wanted to contribute money toward the purchase of an additional firearm, stating "you got something on a dog." In response, **CO-CONSPRIATOR 18** confirmed that he would contribute money.

21. On or about January 22, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange, **CHRISTOPHER JORDAN BROADY** explained that he was without a firearm, which he described as "lacking," and that he needed $100 so that he could buy another handgun, which he referred to as a "dog." **CO-CONSPIRATOR 38** responded that he would give him $100 by the end of the day. Later in the conversation, **CO-CONSPIRATOR 38** stated that he had arranged to purchase a handgun on credit for **CHRISTOPHER JORDAN BROADY**, stating "Somebody already got a iron for you" and "He going let me owe him for the joint."

22. On or about and between January 27, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange, **CO-CONSPIRATOR 38** asked **CHRISTOPHER JORDAN BROADY** whether anyone had any .40 caliber ammunition available. In response, **CHRISTOPHER JORDAN BROADY** stated that he would go to the trap house which he referred toas "the spot," to look for .40 caliber ammunition.

23. On or about January 29, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 27.** During that exchange, **CHRISTOPHER JORDAN BROADY** stated that **EMMANUEL DWAYNE REID** had warned **CHRISTOPHER JORDAN BROADY** to stay away from **CO-CONSPIRATOR 4's** trap house because there were police officers in the area.

24. On or about March 22, 2020, **JOSHUA NICHOLAS STEPHENSON** exchanged electronic messages with **CO-CONSPIRATOR 10**. During that exchange **JOSHUA NICHOLAS STEPHENSON** offered to broker the sale of a Taurus 9mm semi-automatic handgun to **CO-CONSPIRATOR 10** for $450.

25. On or about March 27, 2020, **MARKQUETTE RAJON COWAN** exchanged electronic messages with **CO-CONSPIRATOR 31.** During that exchange, **CO-CONSPIRATOR 31** asked whether **MARKQUETTE RAJON COWAN** knew anyone that was selling a firearm, specifically a 9mm or .40 caliber handgun, stating "im lookn for a nina or 40." In response, **MARKQUETTE RAJON COWAN** stated that he would talk to his gun supplier and let **CO-CONSPIRATOR 31** know what was available, stating "I['m waiting] on my manz to text me back now."

26. On or about April 2, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange, **CHRISTOPHER JORDAN BROADY** asked whether **CO-CONSPIRATOR 38** was still looking to buy ammunition, which he referred to as "eggs". **CO-CONSPIRATOR 38** responded that he was, and that he would come to **CHRISTOPHER JORDAN BROADY's** location to get the ammunition. **CHRISTOPHER JORDAN BROADY** told **CO-CONSPIRATOR 38** that he hadn't gotten the ammunition from **EMMANUEL DWAYNE REID** yet, stating "I'm waiting on eman."

27. On or about April 2, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **EMMANUEL DWAYNE REID**. During that exchange, **CHRISTOPHER JORDAN BROADY** asked whether **EMMANUEL DWAYNE REID** had

any ammunition to spare, stating "You got some eggs for me?" **EMMANUEL DWAYNE REID** later tells **CHRISTOPHER JORDAN BROADY** "Yea, I got u."

28. On or about April 5, 2020, **EMMANUEL DWAYNE REID** exchanged electronic messages with **CO-CONSPIRATOR 1.** During that exchange, **CO-CONSPIRATOR 1** asked **EMMANUEL DWAYNE REID** to provide **CO-CONSPIRATOR 1's** telephone number to **DARTANYAN RICARDO HAWKINS** so that they could discuss AR-Pistols. **CO-CONSPIRATOR 1** stated "I got sumn for em."

29. On or about April 11, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange, **CHRISTOPHER JORDAN BROADY** asked whether **CO-CONSPIRATOR 38** knew anyone that was selling an extended magazine for a .40 caliber semi-automatic handgun, which he referred to as a "40 leg."

30. On or about April 14, 2020, **MARKQUETTE RAJON COWAN** exchanged electronic messages with **CO-CONSPIRATOR 32.** During that exchange, **CO-CONSPIRATOR 32** asked **MARKQUETTE RAJON COWAN** whether anyone had a handgun for sale, stating "who selling a bitch"? In response, **MARKQUETTE RAJON COWAN** placed a video call to **CO-CONSPIRATOR 32.**

31. On or about April 17, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 25.** During that exchange, **CHRISTOPHER JORDAN BROADY** asked if **CO-CONSPIRATOR 25** had any ammunition to spare, which he referred to as "eggs." In response, **CO-CONSPIRATOR 25** stated that he would get some and deliver it to **CHRISTOPHER JORDAN BROADY.**

32. On or about April 17, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 30**. During that exchange, **CHRISTOPHER**

**JORDAN BROADY** asked whether **CO-CONSPIRATOR 30** had any ammunition to spare, stating "you got some eggs."

33. On or about April 17, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange, **CHRISTOPHER JORDAN BROADY** asked whether **CO-CONSPIRATOR 38** had acquired additional ammunition, stating "you ever find some more eggs"?

34. On or about May 9, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 9**. During that exchange, **CHRISTOPHER JORDAN BROADY** asked **CO-CONSPIRATOR 9** where the ammunition was, stating "Wassup with dem eggs."

35. On or about May 10, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 16.** During that exchange, **CHRISTOPHER JORDAN BROADY** told **CO-CONSPIRATOR 16** to get his gun from the trap house and bring it to him, stating "bring my dog to me upstairs." **CO-CONSPIRATOR 16** responded that he would do so.

36. On or about May 11, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 16.** During that exchange, **CHRISTOPHER JORDAN BROADY** asked **CO-CONSPIRATOR 16** to store **CHRISTOPHER JORDAN BROADY'S** handgun, which he referred to as a "joint," in **CO-CONSPIRATOR 16's** residence, which **CO-CONSPIRATOR 16** agreed to do.

37. On or about May 11, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 16.** During that exchange, **CHRISTOPHER**

**JORDAN BROADY** stated that he was coming to get his handgun back from **CO-CONSPIRATOR 16.**

38. On or about May 15, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 6**. During that exchange, **CO-CONSPIRATOR 6** asked whether **CHRISTOPHER JORDAN BROADY** was carrying a handgun, stating "U got a dog." **CHRISTOPHER JORDAN BROADY** responded, "Man that's like asking do you gotta feed a baby."

39. On or about May 15, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 6**. During that exchange, **CO-CONSPIRATOR 6** asked whether **CHRISTOPHER JORDAN BROADY** could loan him a handgun, which he referred to as a "dog." **CO-CONSPIRATOR 6** stated that he had already asked to borrow a handgun from **CO-CONSPIRATOR 4**, but he refused. In response, **CHRISTOPHER JORDAN BROADY** stated "come get me."

40. On or about May 23, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange, **CO-CONSPIRATOR 38** asked whether **CHRISTOPHER JORDAN BROADY** could provide 16 rounds of 9mm ammunition, stating "Aye bro you got some Nina joints" and "You tryna let em [*sic*] get like 16". **CHRISTOPHER JORDAN BROADY** responded that he would give them to **CO-CONSPIRATOR 38** if he had that many to spare, and **CO-CONSPIRATOR 38** stated that he would take "whatever you got."

41. On or about May 28, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 17**. During that exchange, **CHRISTOPHER JORDAN BROADY** asked where **CO-CONSPIRATOR 17** was, and **CO-CONSPIRATOR**

**17** responded "Trap," indicating that he was in the trap house. In response, **CHRISTOPHER JORDAN BROADY** told **CO-CONSPIRATOR 17** to "come right here" with **CHRISTOPHER JORDAN BROADY's** handgun, which he referred to as a "dog."

42. On or about June 19, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 16.** During that exchange, **CHRISTOPHER JORDAN BROADY** told **CO-CONSPIRATOR 16** to bring **CHRISTOPHER JORDAN BROADY's** handgun, which he referred to as "iron" out of the trap house and into the hallway because **CHRISTOPHER JORDAN BROADY** was "trying get that."

43. On or about July 12, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 17**. During that exchange, **CHRISTOPHER JORDAN BROADY** told **CO-CONSPIRATOR 17** to bring him his handgun from the trap house, stating "Aye bring that dog to me."

44. On or about July 12, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 19.** During that exchange, **CHRISTOPHER JORDAN BROADY** asked where **CO-CONSPIRATOR 19** was, and **CO-CONSPIRATOR 19** stated that he was about to return a firearm to **JOSHUA NICHOLAS STEPHENSON**, stating "Migo bout cum get his iron." In response, **CHRISTOPHER JORDAN BROADY** chastised **CO-CONSPIRATOR 19** for taking the last remaining firearm from the trap house, and noted that **CHRISTOPHER JORDAN BROADY** had to loan his own firearm to **JOSHUA NICHOLAS STEPHENSON** because of **CO-CONSPIRATOR 19's** actions.

45. On or about July 19, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **EMMANUEL DWAYNE REID**. During that exchange,

**EMMANUEL DWAYNE REID** told **CHRISTOPHER JORDAN BROADY** to come outside, and to bring a handgun with him, stating "come outside with that iron."

46. On or about August 30, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 28**. During that exchange, **CO-CONSPIRATOR 28** asked whether **CHRISTOPHER JORDAN BROADY** had 9mm ammunition, stating "9 eggs?"

47. On or about and between August 21, 2020, and August 25, 2020, **EMMANUEL DWAYNE REID** exchanged electronic messages with **CO-CONSPIRATOR 1.** During that exchange, **CO-CONSPIRATOR 1** agreed to sell a fully automatic AR-Pistol machinegun to **EMMANUEL DWAYNE REID** for $1,100 and further agreed to deliver it to **EMMANUEL DWAYNE REID's** location.

48. On or about September 22, 2020, **JOSHUA NICHOLAS STEPHENSON** exchanged electronic messages with **CO-CONSPIRATOR 20**. During that exchange, **JOSHUA NICHOLAS STEPHENSON** stated that police officers were just at his mother's door, and asked if **CO-CONSPIRATOR 20** could see them from his location. During that exchange, **CO-CONSPIRATOR 20** and **JOSHUA NICHOLAS STEPHENSON** discussed where the police officers were located, and how many of them there were. During that exchange, **JOSHUA NICHOLAS STEPHENSON** told **CO-CONSPIRATOR 20** to come get **JOSHUA NICHOLAS STEPHENSON's** gun so that he wouldn't be caught with it, stating "come to the side window" and "I'm about to throw my dog out the window."

49. On or about September 29, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 20**. During that exchange,

**CHRISTOPHER JORDAN BROADY** told **CO-CONSPIRATOR 20** to bring him an additional magazine for his firearm, stating "Bring that clip out for me."

50. On or about October 14, 2020, **EMMANUEL DWAYNE REID** exchanged electronic messages with **CO-CONSPIRATOR 1**. During that exchange, **EMMANUEL DWAYNE REID** agreed to buy a fully automatic AR-Pistol machinegun from **CO-CONSPIRATOR 1** for $1,100, and **CO-CONSPIRATOR 1** delivered the machinegun to **EMMANUEL DWAYNE REID** at a trap house maintained by the co-conspirators.

51. On or about October 24, 2020, **MARKQUETTE RAJON COWAN** exchanged electronic messages with **CO-CONSPIRATOR 20**. During that exchange, **CO-CONSPIRATOR 20** told **MARKQUETTE RAJON COWAN** that **CO-CONSPIRATOR 19** had been arrested with a handgun, which he referred to as "iron," that **CO-CONSPIRATOR 20** had taken from a trap house. In response, **MARKQUETTE RAJON COWAN** expressed his anger at **CO-CONSPIRATOR 20** for taking the handgun, stating "why tf you had the iron and I told you don't touch it." **MARKQUETTE RAJON COWAN** agreed that **CO-CONSPIRATOR 20** would either provide a replacement handgun, or pay **MARKQUETTE RAJON COWAN** $750. **MARKQUETE RAJON COWAN** also told **CO-CONSPIRATOR 20** that he didn't want to "hear that y'all don't got. . . my money y'all going to see gangsta not about to keep texting about this shit I see y'all tomorrow."

52. On or about November 3, 2020, **CHRISTOPHER JORDAN BROADY,** exchanged electronic messages with numerous co-conspirators in a "group chat." During that exchange, it was relayed that a Glock, Model 19, 9mm semi-automatic handgun, and a Glock, Model 27, .40 caliber semi-automatic handgun had both gone missing from a trap house, and **CHRISTOPHER JORDAN BROADY** demanded to know what happened to them. During that

exchange, **CHRISTOPHER JORDAN BROADY** accused other co-conspirators of stealing the handguns, stating "one [of] y'all got that iron" and made it clear that he was tired of "guns and shit . . . walking up out [of our] spots." **CHRISTOPHER JORDAN BROADY** then threatened to kill whoever took the handguns unless they put them back, stating "that iron better pop back up or [someone is] going. Ain't nun else need to be talk about."

53. On or about November 5, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 20**. During that exchange, **CHRISTOPER BROADY** told **CO-CONSPIRATOR 20** to bring him an additional magazine for his handgun, stating "I need that clip."

54. On or about November 13, 2020, **EMMANUEL DWAYNE REID** exchanged electronic messages with **CO-CONSPIRATOR 1**. During that exchange, **CO-CONSPIRATOR 1** offered to sell **EMMANUEL DWAYNE REID** a Glock, Model 17, 9mm handgun that had been modified with a "switch" to make it function as a fully automatic machinegun for $1,100. **EMMANUEL DWAYNE REID** responded that he wanted the Glock 17 machinegun stating, "bring that to me."

55. On or about November 21, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 29.** During that exchange, **CHRISTOPHER JORDAN BROADY** asked whether **CO-CONSPIRATOR 29** had taken ammunition from the trap house, stating "Aye you took them eggs that was in da spot."

56. On or about November 24, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 35.** During that exchanged, **CHRISTOPHER JORDAN BROADY** asked whether **CO-CONSPIRATOR 35** had moved their handguns from where they had previously been located, stating "Aye you move our irons"?

57. On or about December 3, 2020, **EMMANUEL DWAYNE REID** exchanged electronic messages with **CO-CONSPIRATOR 1**. During that exchange, **EMMANUEL DWAYNE REID** stated that he wanted to buy three fully automatic AR-Pistol machineguns from **CO-CONSPIRATOR 1** and told **CO-CONSPIRATOR 1** to "make it happen."

58. On or about December 13, 2020, **MARKQUETTE RAJON COWAN** exchanged electronic messages with **CO-CONSPIRATOR 33**. During that exchange, **CO-CONSPIRATOR 33** informed **MARKQUETTE RAJON COWAN** that he had a Taurus 9mm semi-automatic handgun for sale for $550 and asked if any of the co-conspirators wanted to buy it. In response, **MARKQUETTE RAJON COWAN** told **CO-CONSPIRATOR 33** that one of the co-conspirators was going to buy the handgun.

59. On or about December 15, 2020, **JOSHUA NICHOLAS STEPHENSON** exchanged electronic messages with **CO-CONSPIRATOR 11**. During that exchange, **JOSHUA NICHOLAS STEPHENSON** offered to sell a Glock, Model 26 9mm semi-automatic handgun with a high-capacity magazine to **CO-CONSPIRATOR 11** for $800.

60. On or about January 3, 2021, **JOSHUA NICHOLAS STEPHENSON** left a trap house to deliver marijuana to **CO-CONSPIRATOR 13** armed with a "ghost gun" patterned after a Glock, Model 20, 10mm semi-automatic handgun. While driving to deliver marijuana, **JOSHUA NICHOLAS STEPHENSON** discharged that handgun at another individual during a gunfight on Wheeler Road, Southeast.

61. On or about January 25, 2021, **JOSHUA NICHOLAS STEPHENSON** exchanged electronic messages with **CO-CONSPIRATOR 12**. During that exchange, **JOSHUA NICHOLAS STEPHENSON** told **CO-CONSPIRATOR 12** that **JOSHUA NICHOLAS STEPHENSON** needed more ammunition, which he referred to as "eggs."

62. On or about March 16, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 20**. During that exchange, **CO-CONSPIRATOR 20** told **CHRISTOPHER JORDAN BROADY** to warn the other co-conspirators not to carry handguns, which he referred to as "iron," in a particular location because there were undercover police in the area, stating "12 b coming through alias."

63. On March 24, 2021, **CO-CONSPIRATOR 38** exchanged electronic messages with **CHRISTOPHER JORDAN BROADY**. During that exchange **CO-CONSPIRATOR 38** asked where **CHRISTOPHER JORDAN BROADY** was, and **CHRISTOPHER JORDAN BROADY** responded that he was at a residence utilized by **CO-CONSPIRATOR 39**, stating "I'm in Dee spot." **CO-CONSPIRATOR 38** then asked **CHRISTOPHER JORDAN BROADY** to "hold his iron" meaning that **CO-CONSPIRATOR 38** wanted to give his gun to **CHRISTOPHER JORDAN BROADY** so as to avoid being arrested with it. **CHRISTOPHER JORDAN BROADY** responded, "Yea bring it to me."

64. On March 25, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 38**. During that exchange **CO-CONSPIRATOR 38** asked where **CHRISTOPHER JORDAN BROADY** was, and **CHRISTOPHER JORDAN BROADY** responded that he was at a residence utilized by **CO-CONSPIRATOR 2**, stating "doe spot." **CHRISTOPHER JORDAN BROADY** then asked whether **CO-CONSPIRATOR 38** wanted his firearm back, stating "want me get that joint for you"? **CO-CONSPIRATOR 38** responded that he did not need his firearm back yet, and **CHRISTOPHER JORDAN BROADY** told him that he was going to leave with **MARKQUETTE RAJON COWAN**, stating "Lil why was about to take me."

65. On or about April 3, 2021, **MARKQUETTE RAJON COWAN** exchanged electronic messages with **CHRISTOPHER JORDAN BROADY**. During that exchange, **MARKQUETTE RAJON COWAN** stated that he had ammunition, which he referred to as "eggs," for **CHRISTOPHER JORDAN BROADY**. In response, **CHRISTOPHER JORDAN BROADY** told that **MARKQUETTE RAJON COWAN** that he would "walk down there."

66. On or about June 2, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 20**. During that exchange, **CHRISTOPHER JORDAN BROADY** asked **CO-CONSPIRATOR 20** to bring him an extra clip for a Glock, Model 17, 9mm semi-automatic handgun, stating "Wassup I need dat extra 17 joint," to which **CO-CONSPIRATOR 20** responded "the clip" and **CHRISTOPHER JORDAN BROADY** stated "Duhh genius."

67. On or about July 4, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 16.** During that exchange, **CHRISTOPHER JORDAN BROADY** told **CO-CONSPIRATOR 16** to bring a handgun, which he referred to as "iron" out of the trap house because **CO-CONSPIRATOR 20** needed one.

68. On or about July 16, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **CO-CONSPIRATOR 27.** During that exchange, **CO-CONSPIRATOR 27** asked **CHRISTOPHER JORDAN BROADY** to bring ammunition, which he referred to as "eggs," out to **CO-CONSPIRATOR 27.**

69. On or about October 4, 2021, **EMMANUEL DWAYNE REID** sent an electronic message to numerous co-conspirators, including **MARKQUETTE RAJON COWAN, CHRISTOPHER JORDAN BROADY,** and **JOSHUA NICHOLAS STEPHENSON.** During that exchange, **EMMANUEL DWAYNE REID** identified certain individuals as "sneak dissing"

the co-conspirators; in other words, insulting them behind their backs. **EMMANUEL DWAYNE REID** stated that those individuals were no longer welcome in the co-conspirators' territory, and the co-conspirators had a "green light" to shoot at those individuals if they entered the co-conspirators' territory.

70. On or about December 20, 2021, **JOSHUA NICHOLAS STEPHENSON** exchanged electronic messages with **CO-CONSPIRATOR 38** about a Glock, Model 19, 9mm semi-automatic handgun that **JOSHUA NICHOLAS STEPHENSON** wanted to purchase from **CO-CONSPIRATOR 5.** During that exchange, **CO-CONSPIRATOR 38** stated that **CO-CONSPIRATOR 5** intended to sell the handgun to **DARTANYAN RICARDO HAWKINS** instead of **JOSHUA NICHOLAS STEPHENSON.**

71. On or about July 1, 2022, Metropolitan Police Department Officers were called to clear a vacant apartment at 3313 10th Place, Southeast, Apartment 104, that the co-conspirators were using as a trap house. When officers arrived, they found **CHRISTOPHER JORDAN BROADY, ISJALON JERMIAH ARMSTEAD, JOSHUA NICHOLAS STEPHENSON, CO-CONSPIRATOR 9**, and **CO-CONSPIRATOR 22** inside the apartment and recovered a Glock, Model 22, .40 caliber semi-automatic handgun, a Glock, Model 23, .40 caliber semi-automatic handgun, a Glock, Model 30, .45 caliber semi-automatic handgun, a Springfield, Model XDM, 9mm semi-automatic handgun, and 65 rounds of ammunition.

72. On or about December 16, 2022, **JOSHUA NICHOLAS STEPHENSON** possessed approximately 1.18 pounds of marijuana, a Micro Draco 7.62 x 39mm semi-automatic assault pistol, 7.62 x 39mm ammunition, .40 caliber ammunition, and body armor inside his residence. MPD Officers seized those items during the execution of a search warrant.

73. On or about March 11, 2023, **DARTANYAN RICARDO HAWKINS, CO-CONSPIRATOR 6,** and **CO-CONSPIRATOR 7**, were arrested outside a trap house maintained by the co-conspirators at 2758 Shipley Terrace, Southeast, after Metropolitan Police Department officers stopped them and seized approximately 25 pounds of marijuana and a loaded, 9mm, semi-automatic handgun.

74. On or about and between June 1, 2023, and June 5, 2023, **MARKQUETTE RAJON COWAN, CHRISTOPHER JORDAN BROADY,** and **ISJALON JERMIAH ARMSTEAD** stored marijuana, oxycodone, and numerous firearms, including: a Glock, Model 26, 9mm semi-automatic handgun bearing seral number BBMH494, a Glock, Model 17, 9mm semi-automatic handgun bearing serial number BWFH709, and an American Tactical Omni Hybrid .300 caliber rifle, bearing serial number NS314895 inside a trap house maintained by the co-conspirators at of 3700 9th Street, Southeast, Apartment #1018.

75. On or about June 5, 2023, **CHRISTOPHER JORDAN BROADY** and **ISJALON JERMIAH ARMSTEAD**, aided and abetted by **MARKQUETTE RAJON COWAN**, discharged a 9mm semi-automatic handgun and a .300 caliber semi-automatic AR-Pistol at another person during a gunfight on 3rd and Atlantic Streets, Southeast. **CHRISTOPHER JORDAN BROADY** and **ISJALON JERMIAH ARMSTEAD** discharged the firearms from a vehicle driven by **CHRISTOPHER JORDAN BROADY**.

76. On or about and between June 5, 2023, and September 14, 2023, **MARKQUETTE RAJON COWAN, CHRISTOPHER JORDAN BROADY,** and **ISJALON JERMIAH ARMSTEAD** stored marijuana, a bulletproof vest, a tactical helmet, and numerous firearms, including: a Masterpiece Arms 9mm "Mac 11" handgun bearing serial number FX 38253, a Glock, Model 23, .40 caliber semi-automatic handgun bearing serial number

BWTS053, and a Remington 870, pump-action 12-gauge shotgun inside a trap house maintained by the co-conspirators at of 3700 9th Street, Southeast, Apartment #1018.

77. On or about September 9, 2023, **EMMANUEL DWAYNE REID** exchanged electronic messages with **CO-CONSPIRATOR 8.** During that exchange, **EMMANUEL DWAYNE REID** sent a picture of a semi-automatic handgun, and **CO-CONSPIRATOR 8** asked what caliber the firearm was. **EMMANUEL DWAYNE REID** responded that it was a .45 caliber handgun, and stated that he also had a .40 caliber handgun. **EMMANUEL DWAYNE REID** further stated that the two handguns were his personal handguns, and were not for sale.

78. On or about September 12, 2023, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with **ISJALON JERMIAH ARMSTEAD** about the body armor stored inside a trap house maintained by the co-conspirators at of 3700 9th Street, Southeast, Apartment #1018. During that exchange, **CHRISTOPHER JORDAN BROADY** accused **ISJALON JERMIAH ARMSTEAD** of breaking the body armor and told him to buy a new one, stating "You broke the vest you bitch ass owe up." In response, **ISJALON JERMIAH ARMSTEAD** sent a link to a YouTube video about that specific style of body armor and told **CHRISTOPHER JORDAN BROADY** to "Put it back together correctly." **CHRISTOPHER JORDAN BROADY** responded that he was not the one who made the mistake, and that **ISJALON JERMIAH ARMSTEAD** needed to fix the body armor, stating "You gotta do that big boy. I ain't fuck it up."

**(Conspiracy to Use, Carry, and Possess Machineguns During, in Relation to, and in Furtherance of Drug Trafficking Crimes**, in violation of Title 18, United States Code, Section 924(o))

**COUNT THREE**

On or about May 20, 2019, within the District of Columbia, **JOSHUA NICHOLAS STEPHENSON**, also known as "Migo," also known as "3igo," did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

**COUNT FOUR**

On or about October 14, 2020, within the District of Columbia and elsewhere, **EMMANUEL DWAYNE REID**, also known as "E-Man," did knowingly carry and use a machinegun, that is, a .223 caliber M-16 type Privately Manufactured Firearm ("PMF") with no serial number, that shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, during and in relation to, and did knowingly possess said machinegun in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment, which is incorporated herein

**(Using, Carrying, and Possessing a Machinegun During and in Relation to, and in Furtherance of, a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii)).

**COUNT FIVE**

On or about January 3, 2021, within the District of Columbia, **JOSHUA NICHOLAS STEPHENSON**, also known as "Migo," also known as "3igo," knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Distribution and Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D)).

**COUNT SIX**

On or about January 3, 2021, within the District of Columbia, **JOSHUA NICHOLAS STEPHENSON**, also known as "Migo," also known as "3igo," did unlawfully and knowingly discharge, use, and carry a firearm, that is, a 10mm semi-automatic Privately Manufactured Firearm ("PMF") fitted with a Glock, Model 20 slide bearing serial number BATS767, during and in relation to a drug trafficking offense for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein.

(**Discharging a Firearm During and in Relation to a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

**COUNT SEVEN**

On or about July 1, 2022, within the District of Columbia, **CHRISTOPHER JORDAN BROADY,** also known as "Suave," also known as "Swerve, **JOSHUA NICHOLAS STEPHENSON,** also known as "Migo," also known as "3igo," and **ISJALON JERMIAH ARMSTEAD**, also known as "Smaut," also known as "Lil Blow Diddy," did unlawfully and knowingly use and carry firearms, to wit a Glock, Model 22, .40 caliber semi-automatic handgun, a Glock, Model 23, .40 caliber semi-automatic handgun, a Glock, Model 30, .45 caliber semi-automatic handgun, and a Springfield, Model XDM, 9mm semi-automatic handgun during and in relation to, and did knowingly possess said firearms in furtherance of, a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein.

**(Using, Carrying, and Possessing Firearms During, in Relation to, and in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), and 2).

**COUNT EIGHT**

On or about July 1, 2022, within the District of Columbia, **CHRISTOPHER JORDAN BROADY**, also known as "Suave," also known as "Swerve," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Case Number 2018 CF2 018614, did unlawfully and knowingly possess firearms, to wit, a Glock, Model 23, .40 caliber semi-automatic handgun, a Glock, Model 30, .45 caliber semi-automatic handgun, and a Springfield, Model XDM, 9mm semi-automatic handgun, as well as .40 caliber, .45 caliber, and 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT NINE**

On or about December 16, 2022, in the District of Columbia, **JOSHUA NICHOLAS STEPHENSON,** also known as "Migo," also known as "3igo," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Possession With Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D)).

**COUNT TEN**

On or about December 16, 2022, in the District of Columbia, **JOSHUA NICHOLAS STEPHENSON,** also known as "Migo," also known as "3igo," did knowingly use and carry a firearm, that is, a Mini Draco, 7.62 x 39mm caliber semi-automatic assault pistol bearing serial number PD-8284-2016 RO during and in relation to, and did knowingly possess said firearm in

furtherance of, a drug trafficking offense crime for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment, which is incorporated herein.

**(Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of, a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(B)(i)).

**COUNT ELEVEN**

On or about and between June 1, 2023, and June 5, 2023, within the District of Columbia, **MARKQUETTE RAJON COWAN**, also known as "Quette," also known as "Lil Why," **CHRISTOPHER JORDAN BROADY,** also known as "Suave," also known as "Swerve," and **ISJALON JERMIAH ARMSTEAD,** also known as "Smaut," also known as "Lil Blow Diddy," did unlawfully and knowingly use and carry firearms, to wit a Glock, model 26, 9mm semi-automatic handgun bearing seral number BBMH494, a Glock, model 17, 9mm semi-automatic handgun bearing serial number BWFH709, and an American Tactical Omni Hybrid .300 caliber rifle, bearing serial number NS314895, during and in relation to, and did knowingly possess said firearms in furtherance of, a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein.

**(Using, Carrying, and Possessing Firearms During, in Relation to, and in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), and 2).

**COUNT TWELVE**

On or about June 5, 2023, within the District of Columbia, **CHRISTOPHER JORDAN BROADY**, also known as "Suave," also known as "Swerve," and **ISJALON JERMIAH ARMSTEAD**, also known as "Smaut," also known as "Lil Blow Diddy," knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D)).

## COUNT THIRTEEN

On or about June 5, 2023, within the District of Columbia, **MARKQUETTE RAJON COWAN,** also known as "Quette," also known as "Lil Why," **CHRISTOPHER JORDAN BROADY**, also known as "Suave," also known as "Swerve," and **ISJALON JERMIAH ARMSTEAD**, also known as "Smaut," also known as "Lil Blow Diddy," did unlawfully and knowingly discharge, use and carry firearms, that is, a Glock, Model 26, 9mm semi-automatic handgun bearing seral number BBMH494, a Glock, model 17, 9mm semi-automatic handgun bearing serial number BWFH709, and an American Tactical Omni Hybrid .300 caliber rifle, bearing serial number NS314895, during and in relation to a drug trafficking offense for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein.

(**Discharging Firearms During and in Relation to a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

## COUNT FOURTEEN

On or about June 5, 2023, within the District of Columbia, **CHRISTOPHER JORDAN BROADY**, also known as "Suave," also known as "Swerve," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Case Number 2018 CF2 018614, did unlawfully and knowingly possess a firearm, to wit, a Glock, Model 26, 9mm semi-automatic handgun bearing seral number BBMH494, as well as 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIFTEEN

Between on or about June 5, 2023, and September 14, 2023, within the District of Columbia, **MARKQUETTE RAJON COWAN**, also known as "Quette," also known as "Lil Why," **CHRISTOPHER JORDAN BROADY,** also known as "Suave," also known as "Swerve," and **ISJALON JERMIAH ARMSTEAD,** also known as "Smaut," also known as "Lil Blow Diddy," did unlawfully and knowingly use and carry firearms, to wit a Masterpiece Arms 9mm "Mac 11" handgun bearing serial number FX 38253, a Glock, Model 23, .40 caliber semi-automatic handgun bearing serial number BWTS053, and a Remington 870, pump-action 12-gauge shotgun, during and in relation to, and did knowingly possess said firearms in furtherance of, a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein.

**(Using, Carrying, and Possessing Firearms During, in Relation to, and in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), and 2).

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Count One, Count Five, Count Nine, or Count Twelve of this Indictment, **MARKQUETTE RAJON COWAN,** also known as Quette," also known as "Lil Why," **CHRISTOPHER JORDAN BROADY,** also known as "Suave," also known as "Swerve," **JOSHUA NICHOLAS STEPHENSON,** also known as "Migo," also known as "3igo," **EMMANUEL DWAYNE REID,** also known as "E-Man," **DARTANYAN RICARDO HAWKINS,** also known as "Shitty," and **ISJALON JERMIAH ARMSTEAD,** also known as "Smaut," also known as "Lil Blow Diddy," shall forfeit to the

United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. Upon conviction of any of the offenses alleged in Count Two, Count Three, Count Five, Count Six, Count Seven, Count Nine, Count Thirteen, Count Fifteen, Count Seventeen, or Count Seventeen of this Indictment, **MARKQUETTE RAJON COWAN,** also known as Quette," also known as "Lil Why," **CHRISTOPHER JORDAN BROADY,** also known as "Suave," also known as "Swerve," **JOSHUA NICHOLAS STEPHENSON,** also known as "Migo," also known as "3igo," **EMMANUEL DWAYNE REID,** also known as "E-Man," **DARTANYAN RICARDO HAWKINS,** also known as "Shitty," and **ISJALON JERMIAH ARMSTEAD,** also known as "Smaut," also known as "Lil Blow Diddy," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

(i) Glock, Model 17, 9mm semi-automatic handgun (Count Two, Overt Act One).

(ii) Glock Generation 4, .45 caliber semi-automatic handgun (Count Two, Overt Act Two).

(iii) Glock, Model 27, .40 caliber semi-automatic handgun (Count Two, Overt Act Two).

(iv) Glock, Model 23, .40 caliber semi-automatic handgun (Count Two, Overt Act Two)

(v) Derringer, .38 caliber handgun (Count Two, Overt Act Two);

(vi) .40 caliber semi-automatic PMF handgun (Count Two, Overt Act Two).

(vii) Glock, Model 37, .45 caliber semi-automatic handgun (Count Two, Overt Act Six).

(viii) Glock, Model 23, .40 caliber semi-automatic handgun (Count Two, Overt Acts Six, Eight).

(ix) Glock, Model 22, .40 caliber semi-automatic handgun (Count Two, Overt Act Seven)

(x) Smith & Wesson .40 caliber semi-automatic handgun (Count Two, Overt Acts Nine, Ten).

(xi) .223 caliber fully automatic PMF machinegun (Count Two, Overt Act Ten).

(xii) Glock, Model 23, .40 caliber semi-automatic handgun (Count Two, Overt Act Eleven).

(xiii) .223 caliber fully automatic PMF machinegun (Count Two, Overt Act Fourteen).

(xiv) .223 caliber fully automatic PMF machinegun (Count Two, Overt Act Sixteen).

(xv) Glock, Model 29, 10mm semi-automatic handgun (Count Two, Overt Act Sixteen).

(xvi) Glock, Model 21, .45 caliber semi-automatic handgun (Count Two, Overt Act Sixteen).

(xvii) Ruger handgun of unknown caliber (Count Two, Overt Act Seventeen).

(xviii) Glock, Model 17, 9mm semi-automatic handgun (Count Two, Overt Act Eighteen).

(xix) 9mm semi-automatic PMF handgun (Count Two, Overt Act Nineteen).

(xx) Taurus 9mm semi-automatic handgun (Count Two, Overt Act Twenty-Four).

(xxi) .223 caliber fully automatic PMF machinegun (Count Two, Overt Act Forty-Seven).

(xxii) .223 caliber fully automatic PMF machinegun (Count Two, Overt Act Fifty).

(xxiii) Glock, Model 19, 9mm semi-automatic handgun (Count Two, Overt Act Fifty-Two).

(xxiv) Glock, Model 27, .40 caliber semi-automatic handgun (Count Two, Overt Act Fifty-Two).

(xxv) Glock, Model 17, 9mm handgun fitted with a "giggle switch) (Count Two, Overt Act Fifty-Four).

(xxvi) .223 caliber fully automatic PMF machinegun (Count Two, Overt Act Fifty-Seven).

(xxvii) .223 caliber fully automatic PMF machinegun (Count Two, Overt Act Fifty-Seven).

(xxviii) .223 caliber fully automatic PMF machinegun (Count Two, Overt Act Fifty-Seven).

(xxix) Taurus 9mm semi-automatic handgun (Count Two, Overt Act Fifty-Eight).

(xxx) Glock, Model 26, 9mm semi-automatic handgun fitted with a high-capacity magazine. (Count Two, Overt Act Fifty-Nine).

(xxxi) 10 mm semi-automatic PMF handgun fitted with a Glock, Model 20 slide bearing serial number BATS767 (Count Two, Overt Act 60; Count Six).

(xxxii) Glock, Model 22, .40 caliber semi-automatic handgun (Count Two, Overt Act Seventy-One; Count Seven; Count Eight).

(xxxiii) Glock, Model 23, .40 caliber semi-automatic handgun (Count Two, Overt Act Seventy-One; Count Seven; Count Eight).

(xxxiv) Glock, Model 30, .45 caliber semi-automatic handgun (Count Two, Overt Act Seventy-One; Count Seven; Count Eight).

(xxxv) Springfield, Model XDM, 9mm semi-automatic handgun (Count Two, Overt Act Seventy-One; Count Seven; Count Eight).

(xxxvi) Century Arms, Micro Draco 7.62 x 39mm semi-automatic assault pistol (Count Two, Overt Act Seventy-Two; Count Ten).

(xxxvii) Glock, model 26, 9mm semi-automatic handgun bearing seral number BBMH494 (Count Two, Overt Act Seventy-Four; Count Eleven; Count Thirteen; Count Fourteen).

(xxxviii) Glock, model 17, 9mm semi-automatic handgun bearing serial number BWFH709 (Count Two, Overt Act Seventy-Four; Count Eleven; Count Thirteen; Count Fourteen).

(xxxix) American Tactical Omni Hybrid .300 caliber rifle, bearing serial number NS314895 (Count Two, Overt Act Seventy-Four; Count Eleven; Count Thirteen; Count Fourteen).

(xl) Masterpiece Arms 9mm "Mac 11" handgun bearing serial number FX 38253 (Count Two, Overt Act Seventy-Six; Count Fifteen).

(xli) Glock, Model 23, .40 caliber semi-automatic handgun bearing serial number BWTS053 (Count Two, Overt Act Seventy-Six; Count Fifteen).

(xlii) Remington 870, pump-action 12-gauge shotgun (Count Two, Overt Act Seventy-Six; Count Fifteen).

(xliii) Springfield Armory, Model XD45, .45 caliber semi-automatic handgun (Count Two, Overt Act Seventy-Seven).

(xliv) Springfield Armory, Model XD40, .40 caliber semi-automatic handgun (Count Two, Overt Act Seventy-Seven).

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.