IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. : Case No.: 1:23-cr-00379-ABJ
:
MARQUETTE COWAN, :
Defendant. :

## <u>MOTION FOR AUTHORIZATION OF PAYMENT OF INTERIM VOUCHERS</u>

Comes now the defendant, MARQUETTE COWAN, by and through counsel and moves this Honorable Court to enter an order authorizing the payment of interim claims for compensation pursuant to the Criminal Justice Act.

1. Undersigned counsel represents the defendant pursuant to the Criminal Justice Act.

2. The length of the representation exceeds 6 months.

3. Since appointment counsel has not received compensation in this matter.

4. Continued representation without compensation represents a hardship. *See* § 3.06(a) of the <u>Guidelines for the Administration of the Criminal Justice Act</u> *U.S. v. Lawrence*, Case No. 06-CR-140-2lD, (D. Wyo. Dec. 6, 2006).

Wherefore, the defendant moves this Honorable Court to enter an order authorizing the payment of interim claims for compensation pursuant to the Criminal Justice Act.

Respectfully submitted,
MARQUETTE COWAN
By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax

RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MARQUETTE COWAN

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on August 7, 2024.


_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MARQUETTE COWAN