UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-379-1, 2, 3, (ABJ) |
| | : | |
| **MARKQUETTE RAJON COWAN,** | : | |
| also known as "Quette," | : | |
| also known as "Lil Why," | : | |
| **CHRISTOPHER JORDAN BROADY,** | : | |
| also known as "Suave," | : | |
| also known as "Swerve," | : | |
| **JOSHUA NICHOLAS STEPHENSON,** | : | |
| also known as "Migo," | : | |
| also known as "3igo," | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THE JOINT PRETRIAL STATEMENT

Comes Now, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and respectfully files this Motion to Continue the Filing Deadline for the Pretrial Statement. The bases for this motion are as follows.

1. On August 21, 2025, Defendant STEPHENSON moved the Court for replacement counsel, which motion was granted. Attorney Lawlor withdrew as STEPHENSON's attorney. During that hearing, undersigned counsel noted for the record that he had sought authorization to pursue a superseding indictment. Minute Entry, 8/21/25. Undersigned counsel had previously notified counsel for Defendants COWAN and BROADY of his intention to pursue a superseding indictment.

2. On August 26, 2025, Defendant STEPHENSON appeared before the Court for the purposes of an ascertainment of counsel, and Attorney Baldwin was appointed to represent him. Minute Entry, 8/26/25. During that hearing, undersigned counsel noted for the record that he had

received authorization to proceed to the grand jury in order to pursue a second, superseding indictment in this case.

3.      According to the Scheduling Order (Docket Entry 108), the parties' Joint Pretrial Statement is due to the Court on September 5, 2025. The United States respectfully requests that this deadline be continued by one week to September 12, 2025.

4.      Prior to filing, undersigned counsel sent an email to counsel for Defendants COWAN, BROADY, and STEPHENSON, seeking their position on the United States' motion. Counsel for all three Defendants informed undersigned counsel that they do not oppose the motion.

WHEREFORE, the United States respectfully requests that this Motion to Continue the Filing Deadline be GRANTED.

                              Respectfully submitted,

                              JEANINE FERRIS PIRRO
                              UNITED STATES ATTORNEY

By:    */s/ James B. Nelson*
         JAMES B. NELSON
         D.C. Bar No. 1613700
         Assistant United States Attorney
         Violent Crime and Narcotics Trafficking Section
         601 D. Street, N.W.
         Washington, D.C. 20530
         (202) 252-6986
         james.nelson@usdoj.gov