**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. NO. 1:23-CR-379 (ABJ) |
| | ) | |
| Joshua Stephenson | ) | |
| Defendant | ) | |

## MOTION FOR AUTHORIZATION OF PAYMENT OF INTERIM VOUCHER ON BEHALF OF ALL CJA DEFENDANT

**COMES NOW**, Todd Baldwin, counsel for JOSHUA STEPHENSON, and respectfully moves this Honorable Court to authorize the payment of interim vouchers in this matter. As the court is aware, this is a lengthy and complex case where the defendant is currently scheduled for a multi-month trial with multiple codefendants and many counts. Undersigned counsel was appointed in August 2025. Counsel has represented the defendant since August 2025 without compensation. Representation is expected to last many more months. Accordingly, counsel seeks authorization of payment of interim vouchers to alleviate any financial hardship to him and his experts during the pendency of this matter. Specifically, counsel seeks interim payments consistent with the attached order provided by this court and the Circuit Court concerning such matters.

**WHEREFORE**, counsel respectfully requests that this court grant this motion and authorize the payment of interim vouchers in this matter.

Respectfully submitted.

Attorney for Joshua Stephenson

/s/

_____
Todd S. Baldwin, Esq.
DC BAR #439947

Attorney for Joshua Stephenson
Office of Todd S. Baldwin
503 D. St., Suite 120
Washington, DC 20001
(703) 599-4449 Phone
(703) 563-9420 Fax
ToddCubFan@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2026, I filed the foregoing with the Clerk of Court in the court's Electronic Case Filing system.

/s/

_____

Todd S. Baldwin, Esq.
DC BAR #439947
Attorney for Joshua Stephenson
Law Office of Todd S. Baldwin
503 D St., NW
Suite 120,
Washington, DC 20001
(703) 599-4449 Phone
(703) 563-9420 Fax
ToddCubFan@aol.com

UNITED STATES OF AMERICA

V.                                    CR. NO. 24-CR-453 (TNM)

Joshua Stephenson
            Defendant

      Because of the expected length and complexity of the proceedings in the above matter, CJA appointed counsel and his expert may use the following procedures to obtain interim payments during the course of their representation.

      Counsel and expert service providers may submit to the Office of the Federal Public Defender, every six months, interim CJA Forms 20 and/or CJA 21, as appropriate, setting forth an itemization of compensation earned and reimbursable expenses.

      The Court will review the interim vouchers when submitted and will authorize compensation for the approved number of hours, up to a total of $13,600.00 for counsel and $3,000.00 for expert services and for all reimbursable expenses reasonably incurred during the interim period.  To the extent that the first interim voucher or any subsequent interim vouchers cumulatively seek hourly compensation exceeding the $13,600.00 (attorney) and $3,000.00 (expert services) CJA per-case ceiling (excluding reimbursement sought for expenses), those vouchers must be approved by both this Court and a designated Judge of the United States Court of Appeals for the District of Columbia Circuit before disbursement can be made.

      After review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit any excess voucher to the designated Judge of the United States Court of Appeals for the District of Columbia Circuit for a review and approval.

SO ORDERED:

_____
Date

_____
Date

_____
United States District Judge

_____
Robert L. Wilkins
Judge, U.S. Court of Appeals for the
District of Columbia Circuit