**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 23-0379 (ABJ) |
| MARKQUETTE COWAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The government's amended motion for additional courtroom security measures during trial [Dkt. # 309] is hereby **GRANTED**, and the motion for additional courtroom security measures [Dkt. # 305] is **DENIED AS MOOT**.

It is hereby **ORDERED** that as of July 6, 2026, no cellular telephones, laptop computers, tablets, smart watches, Meta glasses, or other devices capable of recording audio or video, taking pictures, or sending and receiving messages, except those belonging to counsel of record, the case agent, investigator(s), and paralegals for the United States and for each of the defendants, will be permitted inside the courtroom during trial. Accordingly, the U.S. Marshals and/or Court Security Officers are directed to screen all individuals entering Courtroom 25A (with the exception of the defense and prosecution teams). All spectators must submit to searches for electronic devices conducted by Court Security Officers with magnetometer wands.

It is further **ORDERED** that the defendants shall not be permitted to use, possess, operate, or have direct access to cellular telephones, laptop computers, or any other device capable of sending or receiving messages. All devices brought into the courtroom by the defense team must remain within the sole custody and control of the defense team at all times.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  July 8, 2026