**Overt Acts in Furtherance of the Conspiracy**

1.      On or about April 20, 2018, **LARRY DUNCAN** exchanged electronic messages with the user of a phone number ending in 9839.  During that exchange, the user of the phone number ending in 9839 offered to sell **LARRY DUNCAN** an AR-15 style rifle, which the user of the phone number ending in 9839 referred to as an "Arron [sic] Rodgers 15" for $1,200.  **LARRY DUNCAN** asked for a picture of the rifle and, upon seeing that picture, stated "Bet imma hit u."

2.      On or about August 18, 2018, **LARRY DUNCAN** possessed approximately $7,703 in U.S. currency at the cell phone lot of the Ronald Reagan Washington National Airport.

3.      On or about January 25, 2019, within the District of Columbia, **JOSHUA NICHOLAS STEPHENSON** was in possession of a Smith & Wesson .40 caliber semi-automatic handgun with an obliterated serial number while selling marijuana in the parking lot outside the Holiday Market, located at 3509 Wheeler Road, Southeast.

4.      On or about March 6, 2019, within the District of Columbia, the co-conspirators maintained a trap house at 3310 10th Place, Southeast, Apartment 203, in which the co-conspirators had placed numerous handguns, including a Glock Generation 4, .45 caliber semi-automatic handgun; a Glock, Model 27, .40 caliber semi-automatic handgun; a Glock, Model 23, .40 caliber semi-automatic handgun; a Derringer, .38 caliber handgun; a .40 caliber PMF semi-automatic handgun; more than six pounds of marijuana; 21 grams of synthetic cannabinoids; 21 grams of suspected cocaine base; and $999 in cash.

5.      On or about April 15, 2019, **LARRY DUNCAN** exchanged electronic messages with the user of the iCloud account biglorundown@iCloud.com.  During that exchange, the user of the iCloud account biglorundown@iCloud.com offered to sell **LARRY DUNCAN** "a G 22," seemingly referring to a Glock, Model 22, semi-automatic handgun.

6.      On or about May 9, 2019, in the District of Columbia, **LARRY DUNCAN** informed **MARKQUETTE RAJON COWAN**, **CHRISTOPHER JORDAN BROADY**, **JOSHUA NICHOLAS STEPHENSON**, and other co-conspirators, both known and unknown to the Grand Jury, that **LARRY DUNCAN** had acquired a green BMW sedan for use in "spinning the block."

7.      On or about May 9, 2019, in the District of Columbia, **LARRY DUNCAN** instructed **MARKQUETTE RAJON COWAN**, **CHRISTOPHER JORDAN BROADY**, and **JOSHUA NICHOLAS STEPHENSON** to use the green BMW sedan to "go up Wahler" and "spin the block."

8.      On or about May 9, 2019, in the District of Columbia, **MARKQUETTE RAJON COWAN**, **CHRISTOPHER JORDAN BROADY**, and **JOSHUA NICHOLAS STEPHENSON** agreed to use the green BMW sedan to "spin the block" against the Wahler crew.

9.      On or about May 9, 2019, in the District of Columbia, **MARKQUETTE RAJON COWAN** armed himself with a firearm**.**

10.     On or about May 9, 2019, in the District of Columbia, Eugene Hill, a/k/a "Cheese," provided a handgun to **CHRISTOPHER JORDAN BROADY** to use when **CHRISTOPHER JORDAN BROADY** went "up Whaler" and "spin[ned] the block."

11.     On or about May 9, 2019, in the District of Columbia, **MARKQUETTE RAJON COWAN**, **CHRISTOPHER JORDAN BROADY**, and **JOSHUA NICHOLAS STEPHENSON** donned hooded sweatshirts, masks, and gloves.

12.     On or about May 9, 2019, in the District of Columbia, **LARRY DUNCAN** provided **JOSHUA NICHOLAS STEPHENSON** the keys to the green BMW sedan.

13.    On or about May 9, 2019, in the District of Columbia, **MARKQUETTE RAJON COWAN**, **CHRISTOPHER JORDAN BROADY**, and **JOSHUA NICHOLAS STEPHENSON** entered the green BMW sedan to "go up Wahler."

14.    On or about May 9, 2019, in the District of Columbia, **JOSHUA NICHOLAS STEPHENSON** drove **MARKQUETTE RAJON COWAN** and **CHRISTOPHER JORDAN BROADY** in the green BMW sedan to the 800 block of Xenia Street, Southeast.

15.    On or about May 9, 2019, in the District of Columbia, **JOSHUA NICHOLAS STEPHENSON** drove the green BMW sedan past Mark Milline, Jr., who was walking in the 800 block of Xenia Street, Southeast, and stopped the vehicle.

16.    On or about May 9, 2019, in the District of Columbia, **CHRISTOPHER JORDAN BROADY** and **MARKQUETTE RAJON COWAN** got out of the green BMW and, while standing in the middle of Xenia Street, Southeast, shot at Mark Milline, Jr., while **JOSHUA NICHOLAS STEPHENSON** waited in the driver's seat of the green BMW sedan.

17.    On or about May 9, 2019, in the District of Columbia, after Mark Milline, Jr. began to run away from the gunshots, **MARKQUETTE RAJON COWAN** and **CHRISTOPHER JORDAN BROADY** gave chase and continued firing, while **JOSHUA NICHOLAS STEPHENSON** waited in the driver's seat of the green BMW sedan.

18.    On or about May 9, 2019, in the District of Columbia, after Mark Milline, Jr. was struck by a bullet and fell to the ground, **MARKQUETTE RAJON COWAN** and **CHRISTOPHER JORDAN BROADY** continued firing at Mark Milline, Jr., while **JOSHUA NICHOLAS STEPHENSON** waited in the driver's seat of the green BMW sedan.

19.     On or about May 9, 2019, in the District of Columbia, **MARKQUETTE RAJON COWAN** and **CHRISTOPHER JORDAN BROADY** re-entered the waiting green BMW sedan and **JOSHUA NICHOLAS STEPHENSON** drove them away.

20.     On or about May 9, 2019, in the District of Columbia, **MARKQUETTE RAJON COWAN**, **CHRISTOPHER JORDAN BROADY**, and **JOSHUA NICHOLAS STEPHENSON** described to **LARRY DUNCAN** and other co-conspirators how they had killed Mark Milline, Jr.

21.     On or about May 9, 2019, in the District of Columbia, **CHRISTOPHER JORDAN BROADY** returned the handgun that he had used to shoot and kill Mark Milline, Jr. to Eugene Hill, a/k/a "Cheese."

22.     On or about May 10, 2019, in the District of Columbia, Eugene Hill, a/k/a "Cheese," disposed of the handgun that **CHRISTOPHER JORDAN BROADY** used to shoot and kill Mark Milline, Jr.

23.     On or about May 20, 2019, in the District of Columbia, **JOSHUA NICHOLAS STEPHENSON** was in possession of a Smith & Wesson 9mm semi-automatic handgun bearing serial number RAZ 1780.

24.     On or about May 29, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "mellthagoat." During that exchange, the user of the Instagram account "mellthagoat" told **CHRISTOPHER JORDAN BROADY** to bring some ammunition, which the user of the Instagram account "mellthagoat" referred to as "eggs," and **CHRISTOPHER JORDAN BROADY** agreed to do so.

25.     On or about May 30, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "mellthagoat." During that exchange,

the user of the Instagram account "mellthagoat" asked **CHRISTOPHER JORDAN BROADY** where the ammunition, which the user of the Instagram account "mellthagoat" referred to as "eggs," was located, and **CHRISTOPHER JORDAN BROADY** responded, "in the spot."

26.    On or about May 31, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "3300.babyboy." During that exchange, the user of the Instagram account "3300.babyboy" stated that he needed to get his handgun, which he referred to as a "dog," from the trap house and told **CHRISTOPHER JORDAN BROADY** to either open the door of the trap house or bring the handgun into the hallway.

27.    On or about June 18, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii" about trading firearms. During that exchange, the user of the Instagram account "bignuskii" stated, "Tryna swap," and **CHRISTOPHER JORDAN BROADY** asked "Swap what?"  The user of the Instagram account "bignuskii" responded "37," apparently referring to a Glock, Model 37, semi-automatic handgun. **CHRISTOPHER JORDAN BROADY** responded, "Nahh [sic] I like that 23," apparently referring to a Glock, Model 23, semi-automatic handgun.

28.    On or about July 6, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii" about trading firearms. During that exchange, the user of the Instagram account "bignuskii" stated, "G 17 I'm tryna swap," apparently referring to a Glock, Model 17, semi-automatic handgun. **CHRISTOPHER JORDAN BROADY** responded, "I'm good baby boy imma stay with my Jordan," apparently referring to a Glock, Model 23, semi-automatic handgun.

29.    Between on or about July 13, 2019, and July 14, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account

"moneymakin_james." During that exchange, **CHRISTOPHER JORDAN BROADY** stated that he had a "G23" "on the market for you." The user of the Instagram account "moneymakin_james" asked "What you want," and **CHRISTOPHER JORDAN BROADY** replied, "8 . . . 750 at the least."

30.    On or about July 23, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii." During that exchange, the user of the Instagram account "bignuskii" asked whether **CHRISTOPHER JORDAN BROADY** knew anyone that was selling a laser sight attachment for a handgun, which the user of the Instagram account "bignuskii" referred to as a "beam."

31.    On or about August 1, 2019, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii." During that exchange, the user of the Instagram account "bignuskii" asked whether **CHRISTOPHER JORDAN BROADY** wanted to buy a "Glock 18."   In response, **CHRISTOPHER JORDAN BROADY** stated "you dnt know nobody with a g18" because that model "is the only fully Glock" and only people "in the amry [sic] got that."

32.    On or about September 1, 2019, **LARRY DUNCAN** exchanged electronic messages with the user of a phone number ending in 3080.  During that exchange, **LARRY DUNCAN** asked the user of a phone number ending in 3080, "what u got" "[a]nd what's the number." The user of a phone number ending in 3080 responded that he had: two "40s in 800," referring to Smith & Wesson, M&P .40 caliber semi-automatic handguns for $800; a "p89 600," apparently referring to a Ruger P89 semi-automatic handgun for $600; and a "glock 23800," referring to a Glock, Model 23, semi-automatic handgun for $800.  **LARRY DUNCAN** stated that he wanted to buy the Glock 23.

33.     On or about September 11, 2019, **LARRY DUNCAN** exchanged electronic messages with the user of a phone number ending in 6095.  During that conversation, the user of a phone number ending in 6095 asked **LARRY DUNCAN**, "Can Yu [sic] put a switch on this 19 for me."  **LARRY DUNCAN** agreed to install the "switch" and further agreed to "show [the user of a phone number ending in 6095] how to do it" so that the user of a phone number ending in 6095 could start "charging [people] to do theirs."

34.     On or about October 18, 2019, **LARRY DUNCAN** exchanged electronic messages with the user of a phone number ending in 7753.  During that exchange, LARRY DUNCAN stated, "whats up wit the demonstration u going sell em to me." The user of a phone number ending in 7753 replied, "how much you gonna give me I'm wit it."  **LARRY DUNCAN** responded, "Imma buy all of em imma give you 2000 a piece."

35.     Between on or about October 30, 2019, and October 31, 2019, **LARRY DUNCAN** exchanged electronic messages with the user of a phone number ending in 3857.  During that exchange, **LARRY DUNCAN** offered to purchase "the 21," seemingly referring to a Glock, Model 21, semi-automatic handgun from the user of a phone number ending in 3857.

36.     On or about January 1, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii."  During that exchange, **CHRISTOPHER JORDAN BROADY** told the user of the Instagram account "bignuskii" to "let some [people] know" he "had something on the market." The user of the Instagram account "bignuskii" asked, "Watchu got" and at what price, and **CHRISTOPHER JORDAN BROADY** responded that he was selling a  "17" for "600."

37.     On or about January 1, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "warbabyzu."  During that exchange,

**CHRISTOPHER JORDAN BROADY** offered to sell a "ghost," apparently referring to a Glock 9mm semi-automatic handgun, to the user of the Instagram account "warbabyzu" for $600. The user of the Instagram account "warbabyzu" offered to pay $500 for the handgun, and **CHRISTOPHER JORDAN BROADY** agreed to sell it for $500 "if you still want it after I tell you in person wassup with it." The user of the Instagram account "warbabyzu" confirmed that he wanted to buy the handgun regardless, stating "I'm not tripping I'm wit dat shit." **CHRISTOPHER JORDAN BROADY** then told the user of the Instagram account "warbabyzu" that "Boog" had asked where the user of the Instagram account "warbabyzu" was located, and further stated that he, **CHRISTOPHER JORDAN BROADY**, was at "Boog's" "joint." The user of the Instagram account "warbabyzu" agreed to come to that location to purchase the handgun.

38. On or about January 4, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "fredowick." During that exchange, **CHRISTOPHER JORDAN BROADY** asked, "you got something on a dog." In response, the user of the Instagram account "fredowick" confirmed that he would put his "first check up Friday."

39. On or about January 22, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii." During that exchange, **CHRISTOPHER JORDAN BROADY** explained that he was "lacking," and that he needed $100 so that he could buy a "dog." The user of the Instagram account "bignuskii" responded that he would give **CHRISTOPHER JORDAN BROADY** $100 by the end of the day. Later in the exchange, the user of the Instagram account "bignuskii" stated, "Somebody already got a [sic] iron for you" and "He going let me owe him for the joint."

40. On or about January 27, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii." During that exchange, the

user of the Instagram account "bignuskii" asked **CHRISTOPHER JORDAN BROADY** whether anyone had any .40 caliber ammunition available.  In response, **CHRISTOPHER JORDAN BROADY** stated that he would go to the "the spot" to look for .40 caliber ammunition.

41.    On or about March 22, 2020, **JOSHUA NICHOLAS STEPHENSON** exchanged electronic messages with the user of the Instagram account "_jgflkeey."  During that exchange **JOSHUA NICHOLAS STEPHENSON** said he knew someone selling a "T 9" for "450," and **JOSHUA NICHOLAS STEPHENSON** would call the seller on the user of the Instagram account "_jgflkeey"'s behalf.

42.    On or about March 27, 2020, **MARKQUETTE RAJON COWAN** exchanged electronic messages with the user of the Instagram account "trgxxd."  During that exchange, the user of the Instagram account "trgxxd" stated, "im lookn [sic] for a nina or 40."  In response, **MARKQUETTE RAJON COWAN** stated "I['m waiting] on my manz [sic] to text me back now."

43.    On or about April 2, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii."  During that exchange, **CHRISTOPHER JORDAN BROADY** asked whether the user of the Instagram account "bignuskii" was still looking to buy ammunition, which he referred to as "eggs."  The user of the Instagram account "bignuskii" responded that he was, and that he would come to **CHRISTOPHER JORDAN BROADY**'s location to get the ammunition.  **CHRISTOPHER JORDAN BROADY** advised the user of the Instagram account "bignuskii" that he had not received the ammunition from Emmanuel Reid yet, stating "I'm waiting on eman."

44.    On or about April 2, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with Emmanuel Reid, who used the Instagram account "no_ratzz_allowed."

During that exchange, **CHRISTOPHER JORDAN BROADY** asked, "You got some eggs for me?" Emmanuel Reid responded, "Yea, I got u."

45.     On or about April 11, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii." During that exchange, **CHRISTOPHER JORDAN BROADY** asked whether the user of the Instagram account "bignuskii" knew anyone that was selling a "40 leg."

46.     On or about April 14, 2020, **MARKQUETTE RAJON COWAN** exchanged electronic messages with the user of the Instagram account "veebo_." During that exchange, the user of the Instagram account "veebo_" asked **MARKQUETTE RAJON COWAN** "who selling a bitch." In response, **MARKQUETTE RAJON COWAN** placed a video call to the user of the Instagram account "veebo_."

47.     On or about April 17, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "realbigoso." During that exchange, **CHRISTOPHER JORDAN BROADY** asked if the user of the Instagram account "realbigoso" had any ammunition to spare, which he referred to as "eggs." In response, the user of the Instagram account "realbigoso" stated that he would get some and deliver it to **CHRISTOPHER JORDAN BROADY**.

48.     On or about April 17, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "wellington_kunt." During that exchange, **CHRISTOPHER JORDAN BROADY** asked, "you got some eggs."

49.     On or about April 17, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii." During that exchange, **CHRISTOPHER JORDAN BROADY** asked, "you ever find some more eggs."

50.    On or about May 9, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "mellthagoat."  During that exchange, **CHRISTOPHER JORDAN BROADY** asked, "Wassup with dem eggs."  The user of the Instagram account "mellthagoat" replied that he had to "go get em frm my ppls" the following day.

51.    On or about May 10, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "lilfunnell."  During that exchange, **CHRISTOPHER JORDAN BROADY** told the user of the Instagram account "lilfunnell" "bring my dog to me upstairs."  The user of the Instagram account "lilfunnell" responded that he would do so.

52.    On or about May 11, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "lilfunnell."  During that exchange, **CHRISTOPHER JORDAN BROADY** asked the user of the Instagram account "lilfunnell" "come put this joint in your house for me."  The user of the Instagram account "lilfunnell" agreed to do so.

53.    On or about May 11, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "lilfunnell."  During that exchange, **CHRISTOPHER JORDAN BROADY** stated that he was coming to get his handgun back from the user of the Instagram account "lilfunnell."

54.    On or about May 15, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "carlito10thpl."  During that exchange, the user of the Instagram account "carlito10thpl" asked **CHRISTOPHER JORDAN BROADY,** "U got a dog."  **CHRISTOPHER JORDAN BROADY** responded, "Man that's like asking do you gotta feed a baby."

55. On or about May 15, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "carlito10thpl." During that exchange, the user of the Instagram account "carlito10thpl" asked whether **CHRISTOPHER JORDAN BROADY** could loan him a handgun, which the user of the Instagram account "carlito10thpl" referred to as a "dog." The user of the Instagram account "carlito10thpl" stated that he had already asked to borrow a handgun from "Dre," but "Dre" had refused. In response, **CHRISTOPHER JORDAN BROADY** stated, "come get me."

56. On or about May 23, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii." During that exchange, the user of the Instagram account "bignuskii" asked **CHRISTOPHER JORDAN BROADY,** "Aye bro you got some Nina joints" and "You tryna let em [sic] get like 16." **CHRISTOPHER JORDAN BROADY** responded that he would give them to the user of the Instagram account "bignuskii" if he had that many to spare, and the user of the Instagram account "bignuskii" stated that he would take "whatever you got."

57. On or about May 28, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "frankdawg." During that exchange, **CHRISTOPHER JORDAN BROADY** asked where the user of the Instagram account "frankdawg" was, and the user of the Instagram account "frankdawg" responded, "Trap." In response, **CHRISTOPHER JORDAN BROADY** told the user of the Instagram account "frankdawg" to "come right here" with a "dog."

58. On or about June 19, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "lilfunnell." During that exchange, **CHRISTOPHER JORDAN BROADY** told the user of the Instagram account "lilfunnell" to

bring an "iron" out of the trap house and into the hallway because **CHRISTOPHER JORDAN BROADY** was "trying get that."

59.     On or about July 12, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "frankdawg."  During that exchange, **CHRISTOPHER JORDAN BROADY** told the user of the Instagram account "frankdawg," "Aye bring that dog to me."

60.     On or about July 19, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with Emmanuel Reid, the user of the Instagram account "no_ratzz_allowed." During that exchange, Emmanuel Reid told **CHRISTOPHER JORDAN BROADY**, "come outside with that iron."

61.     On or about August 30, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "chasinends."  During that exchange, the user of the Instagram account "chasinends" asked, "9 eggs?"

62.     On or about September 22, 2020, **JOSHUA NICHOLAS STEPHENSON** exchanged electronic messages with Keondre Carroll, the user of the Instagram account "realdreservin." During that exchange, **JOSHUA NICHOLAS STEPHENSON** stated that police officers were just at his mother's door and asked if Keondre Carroll could see them from his location.  Keondre Carroll and **JOSHUA NICHOLAS STEPHENSON** discussed where the police officers were located, and how many of them were present.  **JOSHUA NICHOLAS STEPHENSON** told Keondre Carroll, "come to the side window" and "I'm about to throw my dog out the window."

63.     On or about September 29, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with Keondre Carroll, the user of the Instagram account

"realdreservin."   During that exchange, **CHRISTOPHER JORDAN BROADY** told Keondre Carroll, "Bring that clip out for me."

64.     On or about October 24, 2020, **MARKQUETTE RAJON COWAN** exchanged electronic messages with Keondre Carroll, using the Instagram account "choppodaplug."  During that exchange, Keondre Carroll told **MARKQUETTE RAJON COWAN** that Keondre Carroll had been arrested with an "iron." In response, **MARKQUETTE RAJON COWAN** stated "why tf you had the iron and I told you don't touch it."  **MARKQUETTE RAJON COWAN** agreed that Keondre Carroll would either provide a replacement handgun or pay **MARKQUETTE RAJON COWAN** $750.  **MARKQUETE RAJON COWAN** also told Keondre Carroll that he did not want to "hear that y'all don't got . . . my money y'all going to see gangsta not about to keep texting about this shit I see y'all tomorrow."

65.     On or about November 3, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with numerous co-conspirators in a group chat.  During that exchange, it was relayed that a Glock, Model 19, 9mm semi-automatic handgun, and a Glock, Model 27, .40 caliber semi-automatic handgun had both gone missing, and **CHRISTOPHER JORDAN BROADY** demanded to know what happened to them.  During that exchange, **CHRISTOPHER JORDAN BROADY** stated, "one [of] y'all got that iron" and "guns and shit . . . walking up out [of our] spots."  **CHRISTOPHER JORDAN BROADY** then stated "that iron better pop back up or [someone is] going.  Ain't nun else need to be talk about."

66.     On or about November 5, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with Keondre Carroll, the user of the Instagram account "realdreservin." During that exchange, **CHRISTOPER JORDAN BROADY** stated, "I need that clip."

67.     On or about November 21, 2020, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "1biggbando."  During that exchange, **CHRISTOPHER JORDAN BROADY** asked, "Aye you took them eggs that was in da spot."

68.     On or about December 13, 2020, **MARKQUETTE RAJON COWAN** exchanged electronic messages with the user of the Instagram account "darealbackend."   During that exchange, the user of the Instagram account "darealbackend" informed **MARKQUETTE RAJON COWAN** that he had a "Tauras [sic] 9 for 550" and asked if "Somebody tryn get it."  In response, **MARKQUETTE RAJON COWAN** stated, "Yea."

69.     On or about December 15, 2020, **JOSHUA NICHOLAS STEPHENSON** exchanged electronic messages with the user of the Instagram account "dracodahtalk."  During that exchange, **JOSHUA NICHOLAS STEPHENSON** offered to sell a "26 with leg" to the user of the Instagram account "dracodahtalk" for $800.

70.     On or about January 3, 2021, in the District of Columbia, **JOSHUA NICHOLAS STEPHENSON** left a trap house to deliver marijuana to an unidentified individual armed with a "ghost gun" patterned after a Glock, Model 20, 10mm semi-automatic handgun.  While driving to deliver marijuana, **JOSHUA NICHOLAS STEPHENSON** discharged that handgun at another individual on Wheeler Road, Southeast, Washington, D.C.

71.     On or about January 25, 2021, **JOSHUA NICHOLAS STEPHENSON** exchanged electronic messages with the user of the Instagram account "s.carter5150."  During that exchange, **JOSHUA NICHOLAS STEPHENSON** told the user of the Instagram account "s.carter5150" that **JOSHUA NICHOLAS STEPHENSON** needed more ammunition, which he referred to as "eggs."

72.     On or about March 16, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with Keondre Carroll, the user of the Instagram account "realdreservin." During that exchange, Keondre Carroll told **CHRISTOPHER JORDAN BROADY** to warn the other co-conspirators not to carry handguns, which he referred to as "iron," in a particular location because there were police in the area, stating "12 b coming through alias."

73.     On March 24, 2021, the user of the Instagram account "bignuskii" exchanged electronic messages with **CHRISTOPHER JORDAN BROADY**.  During that exchange, the user of the Instagram account "bignuskii" asked where **CHRISTOPHER JORDAN BROADY** was, and **CHRISTOPHER JORDAN BROADY** responded, "I'm in Dee spot."  The user of the Instagram account "bignuskii" then asked **CHRISTOPHER JORDAN BROADY** to "hold his iron."  **CHRISTOPHER JORDAN BROADY** responded, "Yea bring it to me."

74.     On March 25, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "bignuskii."  During that exchange, the user of the Instagram account "bignuskii" asked where **CHRISTOPHER JORDAN BROADY** was, and **CHRISTOPHER JORDAN BROADY** responded, "doe spot."  **CHRISTOPHER JORDAN BROADY** then asked, "want me get that joint for you."  **CHRISTOPHER JORDAN BROADY** told the user of the Instagram account "bignuskii" that, "Lil why was about to take me."

75.     On or about April 3, 2021, **MARKQUETTE RAJON COWAN** exchanged electronic messages with **CHRISTOPHER JORDAN BROADY**.  During that exchange, **MARKQUETTE RAJON COWAN** stated that he had ammunition, which he referred to as "eggs," for **CHRISTOPHER JORDAN BROADY**.  In response, **CHRISTOPHER JORDAN BROADY** told **MARKQUETTE RAJON COWAN** that he would "walk down there."

76.    On or about June 2, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with Keondre Carroll, the user of the Instagram account "realdreservin." During that exchange, **CHRISTOPHER JORDAN BROADY** said to Keondre Carroll, "Wassup I need dat extra 17 joint," to which Keondre Carroll asked, "the clip," and **CHRISTOPHER JORDAN BROADY** stated, "Duhh genius."

77.    On or about July 4, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "lilfunnell."  During that exchange, **CHRISTOPHER JORDAN BROADY** told the user of the Instagram account "lilfunnell" to bring a handgun, which he referred to as "iron" out of the trap house because Keondre Carroll needed one.

78.    On or about July 16, 2021, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with the user of the Instagram account "3300.babyboy."   During that exchange, the user of the Instagram account "3300.babyboy" asked **CHRISTOPHER JORDAN BROADY** to bring ammunition, which he referred to as "eggs," to the user of the Instagram account "3300.babyboy."

79.    On or about August 1, 2021, **LARRY DUNCAN** exchanged electronic messages with the user of the Instagram account "lilpeezyy_1." During that exchange, the user of the Instagram account "lilpeezyy_1" asked **LARRY DUNCAN**, "You got some gas can I see big bra ? I can buy like 1 or 2 your man doe fucked up my cash."  **LARRY DUNCAN** asked, "Who is my man," and the user of the Instagram account "lilpeezyy_1" replied, "E."

80.    On or about July 1, 2022, in the District of Columbia, **CHRISTOPHER JORDAN BROADY**, **JOSHUA NICHOLAS STEPHENSON**, Melvin Tolar, Darion Thorne, and Isjalon Armstead were inside 3313 10th Place Southeast, Apartment 104, with a Glock, Model 22, .40

caliber semi-automatic handgun; a Glock, Model 23, .40 caliber semi-automatic handgun; a Glock, Model 30, .45 caliber semi-automatic handgun; a Springfield, Model XDM, 9mm semi-automatic handgun; and 65 rounds of ammunition.

81.     On or about December 16, 2022, **JOSHUA NICHOLAS STEPHENSON** in the District of Columbia, possessed approximately 1.18 pounds of marijuana, a Micro Draco 7.62 x 39mm semi-automatic assault pistol, 7.62 x 39mm ammunition, .40 caliber ammunition, and body armor at 3417 15th Street, Southeast, Apartment # 102.

82.     Between on or about June 1, 2023, and June 5, 2023, in the District of Columbia, **MARKQUETTE RAJON COWAN**, **CHRISTOPHER JORDAN BROADY**, **LARRY DUNCAN** and Isjalon Armstead stored inside 3700 9th Street, Southeast, Apartment #1018, marijuana, oxycodone, and numerous firearms, including: a Glock, Model 26, 9mm semi-automatic handgun bearing seral number BBMH494; a Glock, Model 17, 9mm semi-automatic handgun bearing serial number BWFH709; and an American Tactical Omni Hybrid .300 caliber rifle, bearing serial number NS314895.

83.     On or about June 5, 2023, in the District of Columbia, **CHRISTOPHER JORDAN BROADY** and Isjalon Armstead were provided a 9mm semi-automatic handgun and a .300 caliber semi-automatic AR-Pistol by **MARKQUETTE RAJON COWAN** and **LARRY DUNCAN**.

84.     On or about June 5, 2023, in the District of Columbia, **CHRISTOPHER JORDAN BROADY** and Isjalon Armstead discharged the 9mm semi-automatic handgun and the .300 caliber semi-automatic AR-Pistol they received from **MARKQUETTE RAJON COWAN** and **LARRY DUNCAN** at another person on 3rd Street and Atlantic Street, Southeast, Washington, D.C., from a vehicle driven by **CHRISTOPHER JORDAN BROADY**.

85.     Between on or about June 5, 2023, and September 14, 2023, in the District of Columbia, **MARKQUETTE RAJON COWAN**, **CHRISTOPHER JORDAN BROADY**, **LARRY DUNCAN**, and Isjalon Armstead stored inside 3700 9th Street, Southeast, Apartment #1018, marijuana, a bulletproof vest, a tactical helmet, and numerous firearms, including: a Masterpiece Arms 9mm "Mac 11" handgun bearing serial number FX 38253; a Glock, Model 23, .40 caliber semi-automatic handgun bearing serial number BWTS053; and a Remington 870, pump-action 12-gauge shotgun.

86.     On or about September 12, 2023, **CHRISTOPHER JORDAN BROADY** exchanged electronic messages with Isjalon Armstead about the body armor stored inside 3700 9th Street, Southeast, Apartment #1018.    During that exchange, **CHRISTOPHER JORDAN BROADY** stated to Isjalon Armstead, "You broke the vest you bitch ass owe up."   In response, Isjalon Armstead sent a link to a YouTube video about that specific style of body armor and told **CHRISTOPHER JORDAN BROADY** to "Put it back together correctly."   **CHRISTOPHER JORDAN BROADY** responded, "You gotta do that big boy. I ain't fuck it up."

87.     On or about September 18, 2025, **LARRY DUNCAN** was in possession of approximately 38.19 pounds of marijuana, $72,000 in United States Currency, and a Glock, Model 19, pistol fitted with a switch-style Machinegun Conversion Device ("MCD").