**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOSHUA NICHOLAS STEPHENSON,** | : | **CRIMINAL NO. 23-CR-379 (ABJ)** |
| also known as "Migo," | : | |
| also known as "3igo," | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case.

## COUNT ONE

With respect to Count One, conspiracy to distribute, or possess with intent to distribute, marijuana or oxycodone, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

__________ Not Guilty

___X___ Guilty

**If you find the defendant NOT GUILTY of Count One, you must NOT answer the questions below. Also, you MUST NOT consider Counts Two or Three, and you should go on to Count Four.**

**If you find the defendant GUILTY as to Count One, you MUST answer the following questions and also go on consider Counts Two and Three**

Do you find that defendant JOSHUA NICHOLAS STEPHENSON conspired to distribute, or possess with intent to distribute, 100 Kilograms or more of marijuana?

___X___ No

__________ Yes

**If you answered that question "yes," continue to Count Two.**

**If you answered that question "no," you must answer the following question:**

Do you find that defendant JOSHUA NICHOLAS STEPHENSON conspired to distribute, or possess with intent to distribute, 50 Kilograms or more of marijuana?

____________________
No

_________X__________
Yes

## COUNT TWO

With respect to Count Two, conspiracy to use and carry firearms during and in relation to, or to possess firearms in furtherance of, a drug trafficking offense, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

| Not Guilty ______ | Guilty __X__ |
|---|---|

You must find beyond a reasonable doubt that at least one of the people in the conspiracy charged in Count Two took at least one action for the purpose of carrying out the conspiracy. Since your decision must be unanimous as to what that act was, please identify at least one alleged overt act that you unanimously agree was done for the purpose of carrying out the conspiracy: __3__

**If you find the defendant NOT GUILTY as to Count Two, go on to Count Three.**

**If you find the defendant GUILTY as to Count Two, you must answer the following question:**

Do you find that defendant JOSHUA NICHOLAS STEPHENSON conspired to use, carry, or possess at least one "machinegun"?

| No ______ | Yes __X__ |
|---|---|

**COUNT THREE**

With respect to Count Three, causing death through the use of a firearm during and in relation to a drug trafficking offense, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

_______________ Not Guilty

____X__________ Guilty

**COUNT FOUR**

With respect to Count Four, first degree murder while armed (premeditated) on May 9, 2019, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

_______________ Not Guilty

____X__________ Guilty

**COUNT FIVE**

With respect to Count Five, carrying a pistol without a license (outside home or place of business) on or about May 20, 2019, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

_______________ Not Guilty

____X__________ Guilty

## COUNT SIX

With respect to Count Six, possession with intent to distribute marijuana on or about January 3, 2021, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

____________________ Not Guilty

________X__________ Guilty

**If you find the defendant NOT GUILTY of <u>both</u> Count One and Count Six, you MUST NOT consider Count Seven.**

## COUNT SEVEN

With respect to Count Seven, possession of a firearm during and in relation to a drug trafficking offense on or about January 3, 2021, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

____________________ Not Guilty

________X__________ Guilty

**If you find the defendant NOT GUILTY as to Count Seven, go on to the following count.**

**If you find the defendant GUILTY as to Count Seven, you must answer the following question:**

Do you find that defendant JOSHUA NICHOLAS STEPHENSON discharged the firearm during and in relation to the drug trafficking offense?

____________________ No

________X__________ Yes

**COUNT EIGHT**

With respect to Count Eight, using or carrying a firearm during and in relation to, or possessing a firearm in furtherance of, a drug trafficking offense, on or about July 1, 2022, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

X
Not Guilty

Guilty

**COUNT TEN**

With respect to Count Ten, possession with intent to distribute marijuana on or about December 16, 2022, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

Not Guilty

X
Guilty

**If you find the defendant NOT GUILTY as to both Count One and Count Ten, you MUST NOT consider Count Eleven.**

**COUNT ELEVEN**

With respect to Count Eleven, using or carrying a firearm during and in relation to, or possessing a firearm in furtherance of, a drug trafficking offense on or about December 16, 2022, how do you find defendant JOSHUA NICHOLAS STEPHENSON?

Not Guilty

X
Guilty

SO SAY WE ALL, this 3 day of August, 2026.

[redacted]