UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LARRY DUNCAN,** | : | **CRIMINAL NO. 23-CR-379 (ABJ)** |
| also known as "Larry Love," | : | |
| also known as "Love," | : | |
| | : | |
| **Defendant.** | : | |

**VERDICT FORM**

We, the Jury, hereby return this unanimous verdict in the above-captioned case.

**COUNT ONE**

With respect to Count One, conspiracy to distribute, or possess with intent to distribute, marijuana or oxycodone, how do you find defendant LARRY DUNCAN?

________________ Not Guilty

_______X_______ Guilty

**If you find the defendant NOT GUILTY of Count One, you must NOT answer the questions below. Also, you MUST NOT consider Counts Two or Three, and you should go on to Count Four.**

**If you find the defendant GUILTY as to Count One, you MUST answer the following questions and also go on consider Counts Two and Three**

Do you find that defendant LARRY DUNCAN conspired to distribute, or possess with intent to distribute, 100 Kilograms or more of marijuana?

_______X_______ No

________________ Yes

**If you answered that question "yes," continue to Count Two.**

**If you answered that question "no," you must answer the following question:**

Do you find that defendant LARRY DUNCAN conspired to distribute, or possess with intent to distribute, 50 Kilograms or more of marijuana?

____________________ No

__________X__________ Yes

## COUNT TWO

With respect to Count Two, conspiracy to use and carry firearms during and in relation to, or to possess firearms in furtherance of, a drug trafficking offense, how do you find defendant LARRY DUNCAN?

______________ Not Guilty

X Guilty

You must find beyond a reasonable doubt that at least one of the people in the conspiracy charged in Count Two took at least one action for the purpose of carrying out the conspiracy. Since your decision must be unanimous as to what that act was, please identify at least one alleged overt act that you unanimously agree was done for the purpose of carrying out the conspiracy: 77

**If you find the defendant NOT GUILTY as to Count Two, go on to Count Three.**

**If you find the defendant GUILTY as to Count Two, you must answer the following question:**

Do you find that defendant LARRY DUNCAN conspired to use, carry, or possess at least one "machinegun"?

______________ No

X Yes

**COUNT THREE**

With respect to Count Three, causing death through the use of a firearm during and in relation to a drug trafficking offense, how do you find defendant LARRY DUNCAN?

________________ Not Guilty

X Guilty

**COUNT FOUR**

With respect to Count Four, first degree murder while armed (premeditated) on May 9, 2019 , how do you find defendant LARRY DUNCAN?

________________ Not Guilty

X Guilty

**COUNT FOURTEEN**

With respect to Count Fourteen, possession with intent to distribute marijuana on or about June 5, 2023, how do you find defendant LARRY DUNCAN?

X Not Guilty

________________ Guilty

**If you find the defendant NOT GUILTY of Count Fourteen, you MUST NOT consider Count Fifteen, and you should go on to Count Seventeen.**

## COUNT FIFTEEN

With respect to Count Fifteen, possession of a firearm during and in relation to a drug trafficking offense on or about June 5, 2023, how do you find defendant LARRY DUNCAN?

X
Not Guilty

Guilty

**If you find the defendant NOT GUILTY as to Count Fifteen, go on to Count Seventeen.**

**If you find the defendant GUILTY as to Count Fifteen, you must answer the following question:**

Do you find that defendant LARRY DUNCAN discharged the firearm during and in relation to the drug trafficking offense?

No

Yes

## COUNT SEVENTEEN

With respect to Count Seventeen, possession with intent to distribute marijuana between on or about June 6, 2023 and September 14, 2023, how do you find defendant LARRY DUNCAN?

Not Guilty

X
Guilty

**If you find the defendant NOT GUILTY as to both Count One and Count Seventeen, you MUST NOT consider Count Eighteen, and you should go on to Count Nineteen.**

**COUNT EIGHTEEN**

With respect to Count Eighteen, using or carrying a firearm during or in relation to, or possessing a firearm in furtherance of, a drug trafficking offense between on or about June 6, 2023 and September 14, 2023, how do you find defendant LARRY DUNCAN?

________________ Not Guilty

X Guilty

**COUNT NINETEEN**

With respect to Count Nineteen, using or carrying a firearm during or in relation to, or possessing a firearm in furtherance of, a drug trafficking offense on or about September 18, 2025, how do you find defendant LARRY DUNCAN?

________________ Not Guilty

X Guilty

**COUNT TWENTY**

With respect to Count Twenty, using or carrying a machinegun during or in relation to, or possessing a machinegun in furtherance of, a drug trafficking offense on or about September 18, 2025, how do you find defendant LARRY DUNCAN?

________________ Not Guilty

X Guilty

SO SAY WE ALL, this 3 day of August, 2026.

[redacted]